[No. 61953-5-I.   Division One.   June 29, 2009.]

KIMBERLY-CLARK WORLDWIDE, INC., *Respondent*, v. UNITED WOOD PRODUCTS COMPANY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 05-2-07978-7, James H. Allendoerfer, J., entered July 10, 2008. *Affirmed* by unpublished opinion per Cox, J., concurred in by Schindler, C.J., and Appelwick, J.

[No. 62244-7-I.   Division One.   June 29, 2009.]

ROOKIE SKATEBOARDS, LLC, *Appellant*, v. A.V.G. TRANSPORTATION SPECIALISTS, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-28379-1, Bruce E. Heller, J., entered August 4, 2008. *Affirmed* by unpublished opinion per Lau, J., concurred in by Becker and Leach, JJ.

[Nos. 36131-1-II; 36243-1-II.   Division Two.   June 30, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. JEREMY JAMES BONO ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for Pierce County, No. 05-1-05264-5, Brian M. Tollefson, J., entered March 23, 2007. *Affirmed* by unpublished opinion per Van Deren, C.J., concurred in by Houghton and Hunt, JJ.

[No. 36583-9-II.   Division Two.   June 30, 2009.]

LEANNE L. MCCONNELL, *Respondent*, v. JON M. RIEDEL ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Thurston County, No. 06-2-00404-1, Christine A. Pomeroy, J., entered June 22, 2007. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Van Deren, C.J., and Hunt, J.